948

No. 95–5769. WILLIAMS v. SCOTT, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 95–5770. VILLERS v. DUTTON, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 95–5771. ADAMS v. WARE ET AL. Ct. App. Mo., Western
Dist. Certiorari denied.

No. 95–5775. JONES v. OKLAHOMA. Ct. Crim. App. Okla.
Certiorari denied.

No. 95–5777. JASON v. CAIN, WARDEN, ET AL. C. A. 5th Cir.
Certiorari denied.

No. 95–5778. JONES v. MISSOURI ET AL. C. A. 8th Cir. Cer-
tiorari denied.

No. 95–5779. KOONCE v. CASPARI, SUPERINTENDENT, EAST-
ERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certio-
rari denied.

No. 95–5780. MCADAMS v. OHIO. Ct. App. Ohio, Hamilton
County. Certiorari denied.

No. 95–5781. MANGRUM v. BLEDSOE. C. A. 11th Cir. Cer-
tiorari denied.

No. 95–5782. MCCULLAR v. SCOTT, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 95–5783. JENKINS v. JENKINS. Ct. App. Utah. Certio-
rari denied.

No. 95–5784. ATTWOOD v. CHILES, GOVERNOR OF FLORIDA,
ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–5785. CURTIS v. CALIFORNIA. Ct. App. Cal., 4th App.
Dist. Certiorari denied.

No. 95–5786. MACON v. CAIN, WARDEN. C. A. 5th Cir. Cer-
tiorari denied.